Herman W. Hamilton, Respondent, v. Charles S. Rauber, Appellant.—

Motions granted and appeals from order entered September 28, 1923, and order entered May 5, 1923, dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.